United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSEMARY TOOKER, § § *Plaintiff*, § § v. § § ALIEF INDEPENDENT SCHOOL § DISTRICT, § § *Defendant*. § | C.A. No. 4:16-CV-03580 |

## FINAL JUDGMENT

On this day came to be heard Plaintiff Rosemary Tooker's Agreed Stipulation of Dismissal with prejudice. Having considered the Stipulation, the Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is THEREFORE ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

It is FURTHER ORDERED that all costs shall be borne by the party incurring the same.

This is a final judgment. All relief not expressly granted herein is denied.

SIGNED this  14  day of  June , 2017.

_____
Honorable Gray H. Miller
United States District Court Judge